DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
Creditor Steven H. Slawinski

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Jerry Ray Bassoni,

                Debtor.

Steven Slawinski
                Plaintiff,
v.

Jerry Ray Bassoni,
                Defendant

Case No. 08-53123

CHAPTER 11

Adversary Proceeding No.: 09-05185

MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO BANKRUPTCY RULE OF PROCEDURE §2002(A)

Date: March 19, 2010
Time:
Ctrm: Honorable Judge Weissbrodt

**MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

    Plaintiff STEVE SLAWINSKI will move the court to approve a dismissal of the cause of action based on 11 U.S.C. §727. This Motion is premised upon the following, plaintiff STEVE SLAWINSKI and defendant JERRY RAY BASSONI have stipulated to a settlement in the above titled adversary proceeding which includes requesting a motion for the dismissal of the cause of

1
MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO BANKRUPTCY RULE OF PROCEDURE §2002(A)

action based on 11 U.S.C. §727. Pursuant to Federal Rules of Bankruptcy Procedure 2002(a), defendant has 20 days after the date of service of the notice to object. If a formal objection is not timely filed, the Court may enter an Order Compromising in Controversy and Approving Settlement Terms. No party has filed an objection.

Plaintiff respectfully requests this Court approve the compromise of this controversy, as it is an appropriate and considered resolution to the matter.

Dated: February 23, 2010          DIEMER, WHITMAN & CARDOSI, LLP

By: _____
Kathryn S. Diemer
Attorney for Steven Slawinski

**COURT SERVICE LIST**

Gregory Charles
San Jose Office
440 North First Street, Suite 100
San Jose, CA 95112

Eve A. Marsella
Clarkson, Gore and Marsella
3424 Carson Street Number 350
Torrance, CA 65797
310-542-0111

U.S. Trustee
Office of the United States Trustee/San Jose
United States Federal Building
280 South First Street Number 268
San Jose, CA 95113-3004

3
MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO BANKRUPTCY RULE OF PROCEDURE §2002(A)